John L. Steinbugler, Respondent, v. William C. Atwater & Co., Inc., Appellant. (Appeal No. 2.) — In view of the decision in *Steinbugler* v. *Atwater & Co., Inc., No. 1* [*ante*, p. 864], decided herewith, the appeal from the order amending the judgment to permit the recovery from April 23, 1936, instead of from December 22, 1938, is dismissed, without costs. Furthermore, the court had no power to amend the judgment. (*Herpe* v. *Herpe*, 225 N. Y. 323.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.